IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01797-REB-BNB

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

Plaintiff,

v.

KAMLET, SHEPHERD. & REICHERT, LLP,
BARRY A. SCHWARTZ,ESQ.
GOLDSTEIN, FAUCETT & PREBEG, LLP, and
MICHAEL J. COLLINS, ESQ.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     Pursuant to the entry of Judge Blackburn's Order [docket no. 41, entered on April 7, 2009],

     IT IS ORDERED that the Unopposed Motion to Reschedule Settlement Conference [docket no. 39, filed April 3, 2009] is DENIED AS MOOT.

     IT IS FURTHER ORDERED that the Settlement Conference set for **April 30, 2009**, and the Pretrial Conference set for **September 29, 2009**, are **VACATED**.

DATED:  April 7, 2009