**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01797-REB-BNB

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

    Plaintiff,

v.

KAMLET, SHEPHERD & REICHERT, LLP,
BARRY A. SCHWARTZ, ESQ.,
GOLDSTEIN, FAUCETT & PREBEG, LLP, and
MICHAEL J. COLLINS, ESQ.,

    Defendants.

**ORDER FOR ADMINISTRATIVE CLOSURE**

**Blackburn, J.**

    The matter is before the court *sua sponte*. On April 7, 2009, the court entered its **Order Granting Motion To Compel Arbitration and Denying Motion To Dismiss as Moot** [#41]. In the order the court directed the parties to file status report indicating the status of the arbitration, commencing on May 1, 2009. On October 27, 2009, counsel for the plaintiff filed **Plaintiff's Status Report** [#48] reporting on the status of arbitration. After reviewing the status reports and the file, I conclude (1) that arbitration will not be completed in time to conduct the Trial Preparation Conference on November 13, 2009, or the trial set to commence November 30, 2009; (2) that the Trial Preparation Conference and trial should be vacated and continued; and (3) that under **D.C.COLO.LCivR 41.2**, this action should be closed administratively, pending the

completion of arbitration or until further order of court.

**THEREFORE, IT IS ORDERED** as follows:

1. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to re-opening for good cause;

2. That the Trial Preparation Conference set for November 13, 2009, is **VACATED** and **CONTINUED**, pending further order; and

3. That the trial set to commence November 30, 2009, is **VACATED** and **CONTINUED**, pending further order.

Dated November 2, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge