**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01797-REB-BNB

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

      Plaintiff,

v.

KAMLET, SHEPHERD & REICHERT, LLP,
BARRY A. SCHWARTZ, ESQ.,
GOLDSTEIN, FAUCETT & PREBEG, LLP, and
MICHAEL J. COLLINS, ESQ.,

      Defendants.

---

**ORDER OF DISMISSAL AS TO DEFENDANTS,
GOLDSTEIN, FAUCETT & PREBEG, LLP AND MICHAEL J. COLLINS, ESQ., ONLY**

---

**Blackburn, J.**

The matter is before me on the **Joint Motion To Dismiss With Prejudice** [#50] filed October 25, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that the claims against defendants, Goldstein, Faucett & Prebeg, LLP, and Michael J. Collins, Esq., be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Joint Motion To Dismiss With Prejudice** [#50] filed October 25, 2010, is **GRANTED**;

      2.  That plaintiff's claims against defendants, Goldstein, Faucett & Prebeg, LLP, and Michael J. Collins, Esq., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, Goldstein, Faucett & Prebeg, LLP, and Michael J. Collins, Esq., are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated October 26, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge