**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01797-REB-BNB

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

    Plaintiff,

v.

KAMLET, SHEPHERD & REICHERT, LLP, and
BARRY A. SCHWARTZ, ESQ.,

    Defendants.

**ORDER LIFTING ORDER OF ADMINISTRATIVE CLOSURE**

**Blackburn, J.**

The matter before me is **Plaintiff's Motion To Reopen Case Pursuant to D.C.COLO.LCivR 41.2** [#52][1] filed July 11, 2011.  Having reviewed and considered the reasons stated, arguments advanced, and the authorities cited in the motion and its attendant response and reply, I find and conclude that plaintiff has demonstrated good cause to reopen this matter, and therefore, that the motion should be granted and the case reopened.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion To Reopen Case Pursuant to D.C.COLO.LCivR 41.2** [#52], filed July 11, 2011, is **GRANTED**;

2. That under D.C.COLO.LCivR 41.2, the clerk is **DIRECTED** to reopen this civil

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

action; and

3.  That counsel for the parties are directed to contact the chambers of United States Magistrate Judge Boyd N. Boland to set a scheduling conference to schedule deadlines as necessary for resolution of the remaining claims in this lawsuit.

Dated December 12, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge