IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01797-REB-BNB

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

Plaintiff,

v.

KAMLET, SHEPHERD. & REICHERT, LLP, and
BARRY A. SCHWARTZ, ESQ.

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Scheduling Conference** [docket no. 65, filed January 5, 2012] (the "Motion").

IT IS ORDERED that the Scheduling Conference set for January 17, 2012, is **vacated and reset to February 27, 2012, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **February 21, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED:  January 6, 2012