**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01797-REB-BNB

ROCKY MOUNTAIN TECHNOLOGY ENGINEERING COMPANY, LLC,

      Plaintiff,

v.

KAMLET, SHEPHERD & REICHERT, LLP, and
BARRY A. SCHWARTZ, ESQ.,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#79][1] filed May 31, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#79] filed May 31, 2012, is **APPROVED**;

2. That any pending recommendation, including the **recommendation of United States Magistrate Judge** [#78] filed May 17, 2012, is deemed **MOOT**; and

3. That this action is **DISMISSED WITH PREJUDICE**.

Dated June 1, 2012, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Bob Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge

---

[1] "[#79]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.